## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

MINI MELTS USA, Inc.                          )
245 Asylum Street                             )
Norwich, CT 06360                             )
                                              )
    Plaintiff and Cross-Defendant          )
                                              )
MINI MELTS, Inc.                              )
245 Asylum Street                             )    11 CV 03213 CBS
Norwich, CT 06360                             )
                                              )
    Plaintiff, Counter-Defendant           )
    and Cross-Claimant                     )
                                              )
            v.                          )
                                              )
KENDALL WREN                                  )
d/b/a COLORADO CONCESSIONS, LLC               )
1008 Lochmore Place                           )
Ft. Collins, CO 80524                         )
                                              )
                                              )
    Defendant and Counter-Plaintiff.       )


**PERMANENT INJUNCTION ORDER ON STIPULATED MOTION OF THE PARTIES**

    THIS MATTER, having come before the Court on the Stipulated Motion of the

parties and the Court, having reviewed the file and having otherwise been advised in

the premises, does hereby order and grant the following permanent injunction:

    1.    Plaintiffs Mini Melts USA, Inc. (Mini Melts USA) and Mini Melts, Inc. (Mini

Melts) sued Defendant Kendall Wren d/b/a Colorado Concessions, LLC (Wren) for

trademark infringement.  The Court finds that any use by Wren of the trademark MINI

MELTS® in connection with ice cream products likely constitutes trademark infringement

and would constitute irreparable harm to Mini Melts USA and Mini Melts.  The Court

further finds that the balance of the equities favors issuing an injunction, and that the public interest favors issuing an injunction.

2.      IT IS THEREFORE ORDERED AND ADJUDGED that Defendant Kendall Wren, d/b/a Colorado Concessions, LLC, as well as his officers, agents, servants, employees, and attorneys, and all persons in active concert and participation with them who receive notice of this injunction, are restrained from:

(a)      infringing the registered trademark MINI MELTS®, in any manner, including, but not limited to manufacturing, importing, distributing, advertising, promoting, selling, offering for sale, and/or facilitating the sale of any product by using the MINI MELTS® trademark or any mark confusingly similar to the MINI MELTS® trademark;

(b)      creating, operating, hosting, or otherwise affiliating themselves with any Internet website that uses the MINI MELTS® trademark or any mark confusingly similar to the MINI MELTS® trademark.

DATED this 25th day of October, 2012.

s/Craig B. Shaffer
_____
Craig B. Shaffer
United States Magistrate Judge