IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Craig B. Shaffer

Civil Action No. 11-cv-03213-CBS

MINI MELTS USA, Inc.,
245 Asylum Street
Norwich, CT 06360
    Plaintiff and Crossclaim-Defendant, and

MINI MELTS, Inc.,
245 Asylum Street
Norwich, CT 06360
    Plaintiff, Counterclaim-Defendant, and Crossclaim-Claimant,

v.

KENDALL WREN d/b/a Colorado Concessions, LLC,
1008 Lochmore Place
Ft. Collins, CO 80524
    Defendant and Counterclaim-Plaintiff.

_____

ORDER ON STIPULATED MOTION FOR DISMISSAL
_____

    This civil action comes before the court on the parties' "Stipulated Motion for Dismissal of All Claims without Prejudice Based on Agreement for Binding Arbitration."  On March 7, 2013, this case was referred to Magistrate Judge Craig B. Shaffer to handle all dispositive matters including trial and entry of a final judgment in accordance with 28 U.S.C. 636(c), Fed. R. Civ. P. 73, and D.C. COLO. LCivR 72.2.  (See Doc. # 20).  The court now being sufficiently advised in the premises,

    IT IS ORDERED that the parties' "Stipulated Motion for Dismissal of All Claims without Prejudice Based on Agreement for Binding Arbitration" (filed May 1, 2013) (Doc. # 75) is approved and this civil action is dismissed without prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), with each party to bear his or its own attorney fees and costs.

    DATED at Denver, Colorado, this 1st day of May, 2013.

                                        BY THE COURT:

                                          s/Craig B. Shaffer
                                        United States Magistrate Judge